**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **THE HILLSHIRE BRANDS CO., <br> f/k/a SARA LEE** ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | **Civil Action No.  2:15-cv-01347** |

ORDER GRANTING MOTION TO CONSOLIDATE

ON THIS DATE came to be considered the Equal Employment Opportunity Commission's Motion to Consolidate the above-captioned case with Civil Action No. 2:14-CV-58-JRG, Beaty et al. v. The Hillshire Brands Company et al, which is pending before Judge Rodney Gilstrap in the U.S. District Court for the Eastern District of Texas.

IT IS ORDERED that the Equal Employment Opportunity Commission's Motion to Consolidate is hereby granted.