IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STANLEY BEATY ET AL., | § § § § | Civil Action No. 2:14-cv-58-JRG-RSP |
| Plaintiffs, | | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | § § § § § | Civil Action No. 2:15-cv-1347-JRG-RSP |
| Plaintiff, | § § | |
| v. | § § | |
| THE HILLSHIRE BRANDS COMPANY ET AL. | § § § § | |
| Defendants. | § | |

**<u>ORDER</u>**

The Court has reviewed the pleadings and has observed that there are common questions of law and fact. In order to prevent conflicting rulings and to avoid unnecessary cost and delay, the Court hereby consolidates the captioned cases.

The Court designates Civil Action No. 2:14-cv-58-JRG-RSP as the LEAD CASE. All future filings must be made in the lead case until this consolidation order is vacated. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case.

Consistent with the discussions at a status conference on August 21, 2015, the parties are **ORDERED** to file a joint motion to enter an amended docket control order no later than August 31, 2015. If the parties are unable to agree on certain dates, the parties should each

state their reasons in support of their proposed date in the joint motion to enter an amended docket control order.

The EEOC is directed to deliver to Defendant within two weeks a copy of its investigative files.

**SIGNED this 21st day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE